```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 49470
   MICHAEL D HEAD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-4362


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/08/2003 and was confirmed 02/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
FSB FINANCIAL              SECURED           5900.00      1714.22       5900.00
FSB FINANCIAL              UNSECURED         2748.33         .00         274.83
INTERNAL REVENUE SERVICE   PRIORITY         13815.12         .00       13815.12
GPO                        UNSECURED       NOT FILED         .00            .00
AMERICA ONLINE             NOTICE ONLY     NOT FILED         .00            .00
AMERITECH FACC ILLINOIS    UNSECURED       NOT FILED         .00            .00
SBC                        NOTICE ONLY     NOT FILED         .00            .00
COMCAST                    UNSECURED       NOT FILED         .00            .00
AT&T CABLE SERVICES        NOTICE ONLY     NOT FILED         .00            .00
CFC FINANCIAL CORPORATIO   UNSECURED          101.81         .00          10.18
CITY OF CHICAGO            UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO            UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED         3685.00         .00         368.50
COMMONWEALTH EDISON        UNSECURED         1930.24         .00         193.02
COMMONWEALTH EDISON        UNSECURED       NOT FILED         .00            .00
FIRST NATIONAL BANK OF M   UNSECURED          493.84         .00          49.38
HYDE PARK REALTY COP       UNSECURED       NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00         .00            .00
POPULAR VIDEO              UNSECURED       NOT FILED         .00            .00
POPULAR VIDEO              NOTICE ONLY     NOT FILED         .00            .00
SIGNATURE SMILE DENTAL     UNSECURED       NOT FILED         .00            .00
TRANSWORLD SYSTEMS         NOTICE ONLY     NOT FILED         .00            .00
SIR FINANCE                UNSECURED         1156.00         .00         115.60
NIKO AUTO FINANCE          UNSECURED       NOT FILED         .00            .00
CFC FINANCIAL CORPORATIO   UNSECURED           87.84         .00           8.78
INTERNAL REVENUE SERVICE   UNSECURED         4039.80         .00         403.98
JENNIFER A BLANC DOUGE     DEBTOR ATTY      1,944.00                    1,944.00
TOM VAUGHN                 TRUSTEE                                      1,434.26
DEBTOR REFUND              REFUND                                         298.80

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 03 B 49470 MICHAEL D HEAD
```

```
                       RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                26,530.67

PRIORITY                                    13,815.12
SECURED                                      5,900.00
    INTEREST                                 1,714.22
UNSECURED                                    1,424.27
ADMINISTRATIVE                               1,944.00
TRUSTEE COMPENSATION                         1,434.26
DEBTOR REFUND                                  298.80
                       ---------------    ---------------
TOTALS                 26,530.67            26,530.67
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
     Dated: 04/24/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```